

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ELIZABETH MUNOZ, | § | No. 08-19-00072-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D02421) |
| | § | |

**O R D E R**

The Court GRANTS Rebecca Macias' request for an extension of time within which to file the Reporter's Record until **July 10, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rebecca Macias, Roving Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before July 10, 2019.

IT IS SO ORDERED this 11th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.